JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSARIO VELASCO, AN INDIVIDUAL; JESUS GARCIA, AN INDIVIDUAL,<br><br>        Plaintiff,<br><br>  v.<br><br>AMERICANOS USA, LLC, A TEXAS CORP., GREYHOUND LINES, INC., A DELAWARE CORP., et al.,<br><br>        Defendants. | Case No. CV 13-05251-VAP (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint is DISMISSED WITH PREJUDICE for forum non conveniens.  The Court orders that such judgment be entered, with the following conditions:

    (1) Defendants agree to submit to the jurisdiction of a Mexican court if this action is filed by Plaintiffs there;

      (2) Defendants agree to toll days any applicable statute of limitations that may bar Plaintiffs' claims in Mexico for 120 days from the date the mandate is issued in any appeal of this Court's order of dismissal, or if no appeal is taken from this Order, for 120 days from the date of the judgment in this action;

      (3) Defendants agree to satisfy any judgment obtained in Mexico, subject to applicable appellate rights; and

      (4) Defendants agree to produce, upon reasonable notice, all witnesses employed by the Defendants who are reasonably necessary for purposes of discovery and trial, with any disputes regarding attendance of any such witnesses to be resolved in the Mexican court(s) where the action is pending.

Dated: January 10, 2014

*/s/ Virginia A. Phillips*
VIRGINIA A. PHILLIPS
United States District Judge

2